In the Matter of MAURICE B. GLADSTONE (Also Known as MAURICE BASS GLADSTONE), an Attorney, Respondent.
ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Petitioner.

First Department, May 5, 1944.

*Einar Chrystie* for petitioner.

No appearance for respondent.

*Per Curiam.* On March 29, 1944, in the Court of General Sessions of the County of New York, the respondent pleaded guilty to the charge of grand larceny in the first degree. Said crime is a felony. Pursuant to subdivision 3 of section 88, and section 477 of the Judiciary Law, he must, therefore, be disbarred.

MARTIN, P. J., TOWNLEY, GLENNON, UNTERMYER and DORE, JJ., concur.

Respondent disbarred.